UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MOHAMED ABDULLAH WARSAME,<br><br>Defendant. | Criminal No. 04-29 (JRT)<br><br>**ORDER** |

Joseph N. Kaster, Trial Attorney, **UNITED STATES DEPARTMENT OF JUSTICE**, Tenth and Constitution Avenue NW, Room 2649, Washington, DC 20530; W. Anders Folk, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, for plaintiff.

David C. Thomas, **LAW OFFICES OF DAVID C. THOMAS**, 53 West Jackson Boulevard, Suite 1362, Chicago, IL 60604; and Andrea K. George, Assistant Public Defender, **FEDERAL PUBLIC DEFENDER'S OFFICE**, 300 South Fourth Street, Suite 107, Minneapolis, MN 55415, for defendant.

This matter is before the Court on two separate motions filed by Warsame and the prosecution for release from protective order.

Based on an agreement by the parties, **IT IS HEREBY ORDERED** that the parties' respective motions to lift this Court's March 5, 2005 protective order for the purpose of filing the parties' sentencing pleadings [Docket Nos. 167, 168] are **GRANTED**. The Court's protective order remains in effect for all other purposes.

DATED: July 2, 2009  
at Minneapolis, Minnesota.

____s/ John R. Tunheim____  
JOHN R. TUNHEIM  
United States District Judge